# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| KATHRYN CURTIS, ET AL., | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:11-cv-197-DBH |
| | ) | |
| TOWN OF BAILEYVILLE, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 21, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, her Order on Motion to Remand and Recommendation Regarding Remand. The time within which to file objections expired on July 8, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The state law claims are **REMANDED** to the Maine Superior Court. All federal constitutional claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

**DATED THIS 12TH DAY OF JULY, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**